# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

ROBERT D. WALDRON and )
CHRISTOPHER MILLS, )
  )
    Plaintiffs, )
  )   Docket no. 08-CV-266-P-S
v. )
  )
GEORGE WESTON BAKERIES, INC. )
and GEORGE WESTON BAKERIES )
DISTRIBUTION, INC., )
  )
  )
    Defendants. )

## REPORT OF CONFERENCE &
## ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

Before the Court are Plaintiffs' Motion for Ex Parte Temporary Restraining Order & Preliminary Injunction (Docket # 4) and Plaintiffs' Motion for Preliminary Injunction (Docket # 5). Both of these Motions were filed in state court prior to Defendants removing this action to federal court on August 8, 2008. After having Defendants file an expedited response on August 14, 2008, the Court held a hearing in chambers on August 15, 2008. Attorney Mellor appeared for Plaintiffs. Attorneys Erwin and Rand appeared for Defendants.

After hearing from both sides as to the status of the case and the pending Motions, the Court indicated that it was not inclined to grant any injunctive relief on the papers and that an evidentiary hearing was required to resolve the issues related to Plaintiffs' request for injunctive relief. In addition, the Court expressed its overriding concern that Plaintiffs' request for injunctive relief must be resolved within 90 days of the date of

termination and/or prior to Defendants exercising any claimed contractual right to sell Plaintiffs' distribution rights.  Ultimately, both sides agreed and the Court ORDERED that Plaintiffs' Motion for Preliminary Injunction (Docket # 5) be set for a hearing on September 9, 2008.  This hearing will commence at 8:30 AM and continue until all evidence and argument have been presented.[1]  The Court DENIED a request from Defense counsel to conduct discovery in advance of the hearing.  The Court ORDERED that prehearing briefs be filed by noon on September 3, 2008; said briefs need not repeat facts or argument already presented via prior filings but shall be limited to providing the Court with new information and/or additional argument in light of the Court's decision to hold an evidentiary hearing.

At today's hearing, the Court noted that there is no jury demand in this case.  Therefore, it is the Court's view that evidence received at the September 9, 2008 hearing will become part of the trial record in accordance with Federal Rule of Civil Procedure 65(a)(2).  To the extent that the parties believe that the evidence to be presented would allow the Court to consolidate the preliminary injunction hearing with a trial on the merits as to the claim for declaratory judgment and/or any other claim, they shall so indicate in the prehearing briefs or, if by agreement, via a separately filed stipulation.

With respect to the Plaintiffs' Motion for Ex Parte Temporary Restraining Order & Preliminary Injunction (Docket # 4), the Court noted that the request for ex parte relief had been denied in state court on July 21, 2008.  At the conference, the Court indicated that the remainder of this Motion (Docket # 4) was DENIED WITHOUT PREJUDICE to

---

[1] The parties are to notify the case manager if they believe that they cannot complete the presentation by 5:00 PM on September 9, 2008.

Plaintiffs pursuing their request for injunctive relief via its Motion for Preliminary Injunction (Docket # 5).

Finally, during the hearing, the Court directed counsel for both sides to the requirements of District of Maine Local Rule 83.3(d) and Maine Bar Rule 3.5(b)(1). In the Court's view, the factual allegations at the heart of this case raise the potential for both Attorney Irwin and Attorney Mellor to be witnesses in this case, including at the upcoming evidentiary hearing, absent some sort of stipulation. The Court ORDERED that both sides file memoranda indicating whether or not they will be called as witnesses at the September 9, 2008 hearing and, in any event, certifying their compliance with these ethical requirements. These memoranda are to be filed by noon on August 22, 2008.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 15th day of August, 2008.