# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT D. WALDRON and<br>CHRISTOPHER MILLS,<br><br>             Plaintiffs,<br><br>v.<br><br>GEORGE WESTON BAKERIES, INC.<br>and GEORGE WESTON BAKERIES<br>DISTRIBUTION, INC.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)  Docket no. 08-CV-266-P-S<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROCEDURAL ORDER

      Before the Court is Defendant's Motion to Adopt Proposed Scheduling Order (Docket # 24). Plaintiffs have filed no stipulation indicating they agree to the alternative schedule laid out in Defendant's Motion to Adopt Proposed Scheduling Order. Therefore, per the Court's August 25, 2008 Endorsement Order, the Motion is hereby DENIED.

      The Court will proceed with the previously scheduled September 9, 2008 hearing on the pending Motion for Preliminary Injunction. Having reviewed the August 22, 2008 filings of counsel, the Court does not believe that either Attorney Mellor or Attorney Irwin will be called as witnesses at the upcoming hearing. However, counsel shall confer on this issue as they prepare for the hearing. If it is determined that counsel for either side will be called as a witness, counsel to be called shall come to the hearing accompanied by another unconflicted attorney who is prepared to conduct any direct or cross examination while counsel is on the witness stand.

      The parties are once again put on notice that evidence received at this hearing "that would be admissible at trial [will become] part of the trial record and need not be repeated at trial." Fed. R. Civ. P. 65(a)(2). Depending on the state of the record at the close of the hearing, the Court is considering consolidating the hearing with at least a

1

partial trial on the merits. Specifically, the Court believes that the evidence received at the hearing may allow it to rule on the merits of Plaintiffs' Breach of Contract (Count I) and Request for Declaratory Judgment (Count V). If the Court determines that this consolidation plan is feasible at the close of the hearing, the Court will give the parties an opportunity to make additional written filings on an expedited basis.

    SO ORDERED.

/s/ George Z. Singal<br>Chief U.S. District Judge

Dated this 2nd day of September, 2008.