**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ROBERT D. WALDRON and<br>CHRISTOPHER MILLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Docket no. 08-CV-266-P-S |
| v. | ) | |
| | ) | |
| GEORGE WESTON BAKERIES, INC.<br>and GEORGE WESTON BAKERIES<br>DISTRIBUTION, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING THE DEPOSIT OF FUNDS IN LIEU OF A BOND**

Before the Court is Plaintiffs' Motion under Rule 67 for Leave to Deposit Money with the Court (Docket # 36). The Court hereby GRANTS WITHOUT OBJECTION the Motion and ORDERS:

(1) Each Plaintiff shall deposit $1,000.00 into the court registry thereby satisfying the requirements for security under Federal Rule of Civil Procedure 65(c).

(2) The Clerk shall deposit any funds received pursuant to this Order into a money market savings account with Bank of America.

(3) The Clerk is directed to deduct from the income earned on the funds deposited or invested a fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction and without further order of Court.

(4) The disposition of this deposit shall be addressed at the conclusion of all proceedings in this matter.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 12th day of September, 2008.